UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                  :
STEVEN LEBETKIN,                      :
                                  :
                    Plaintiff,    :          18cv8170 (DLC)
           -v-                    :
                                  :          ORDER
AYSE GIRAY a/k/a SARA BARAN and JOHN  :
DOES 1 through 25,                    :
                    Defendants.   :
                                  :
--------------------------------------X

DENISE COTE, District Judge:

    An Opinion and Order of March 25, 2020 granted defendant's

motion to dismiss.  Accordingly, it is hereby

    ORDERED that the parties shall, by **April 10, 2020**, advise

the Court whether this case may be closed.


Dated:     New York, New York
           March 26, 2020

_____
                    DENISE COTE
           United States District Judge