```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
STEVEN LEBETKIN,                        :
                                        :
                    Plaintiff,          :    18cv8170 (DLC)
          -v-                           :
                                        :         ORDER
AYSE GIRAY a/k/a SARA BARAN and JOHN    :
DOES 1 through 25,                      :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order of March 25, 2020 granted defendant's motion for summary judgment.  Through an Order of March 26, the parties were instructed to advise the Court whether this case could be closed.  On April 7, defense counsel sent an email to the Court's chambers inbox indicating that the case should remain open because defendant wishes to proceed with a counterclaim for attorneys' fees.  Accordingly, it is hereby

ORDERED that counsel are reminded that their communications with the Court must be filed on ECF.

IT IS FURTHER ORDERED that defense counsel file any letter responding to the March 26 Order by **April 10, 2020.**

IT IS FURTHER ORDERED that any motion for attorneys' fees shall be filed by **April 24.**  Any opposition shall be filed by **July 3.**  Any reply shall be filed shall be filed by **July 17.**

IT IS FURTHER ORDERED that the fee dispute will be referred to mediation.  The Clerk of Court will contact the parties when a mediator has been selected.  Such mediation shall occur by **June 19**.

Dated:    New York, New York
          April 8, 2020

_____
DENISE COTE
United States District Judge