**MEMO ENDORSED**

Rosenberg Feldman Smith, LLP
551 Fifth Avenue, 24th Floor
New York, New York 10176
212-682-3454

April 9, 2020

VIA ECF
Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

    Re:  Lebetkin v. Giray
         18 Civ 08170

Dear Judge Cote:

    We wrote our email on April 7, 2020 in the belief that it complied with your March 18th amendments to your Individual Practices due to the coronavirus. In response to your Docket Entry #162, we advise that the case cannot be closed as defendant wishes to proceed with her counterclaim for legal fees under the Consulting Agreement, as the prevailing party, as a result of your Honor's decision granting defendant's motion for summary judgment.

    We also respectfully request that, in view of the continuing pandemic and closure of our office by Order of the Governor and inability to easily access our time records, our time to file the motion for attorneys' fees be set for May 22 rather than April 24.

Respectfully,

s/Richard Feldman

cc: Paul Verner (via ECF)

Granted.  Motion due May 22, 2020.  Opposition due July 31.  Reply due August 14.

Mediation shall occur by July 17.

April 10, 2020

```
         _____
                DENISE COTE
         United States District Judge
```