Rosenberg Feldman Smith, LLP
551 Fifth Avenue, 24th Floor
New York, New York 10176
212-682-3454

**MEMO ENDORSED**

May 19, 2020

**VIA ECF**
Hon. Denise Cote
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Lebetkin v. Giray
           18 Civ. 8170

Dear Judge Cote:

    As counsel for defendant, we request a two week extension of the dates set forth in the Court's April 10, 2020 Order on our motion for legal fees and disbursements (Doc. No. 166).

    Plaintiff has new counsel, Stephen R. Field, Esq., and we have agreed to attempt to resolve the amount of legal fees to be awarded without the need for a motion. To that end, we are forwarding to Mr. Field our time records and engagement letter on Thursday. We have requested a mediation date of July 10, 2020.

    Due to the pandemic, we have decided to move our offices to Westchester and the move makes it extremely difficult to file our motion by this Friday, May 22. We respectfully request a two week extension to file the motion to June 5, 2020, and an additional two weeks for opposition to August 14, 2020 and for reply to August 28.

    Mr. Field does not oppose our request, provided that he receives the two week extension until August 14, 2020.

                                  Respectfully submitted,

                                  S/ Michael H. Smith

                                  Michael H. Smith

cc: Stephen R. Field, Esq. (via ECF)

```
Granted.

May 19, 2020

_____
        DENISE COTE
   United States District Judge
```