```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X     18cv8170 (DLC)
                                        :
STEVEN LEBETKIN                         :     ORDER
                                        :
                       Plaintiff,       :
                                        :
            -v-                         :
                                        :
AYSE GIRAY a/k/a SARAH BARAN and JOHN   :
DOES 1 through 25,                      :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 7, 2020, this Court endorsed a substitution of counsel request from Paul Verner, Esq. On August 10, Stephen Field, Esq. moved this Court to reconsider the August 7 endorsement. In the August 10 letter, the plaintiff takes the position that Mr. Verner's services were terminated for cause. On August 12, Mr. Verner filed a letter in reply. Accordingly, it is hereby

ORDERED that the August 7, 2020 endorsement is vacated.

IT IS FURTHER ORDERED that Mr. Verner's request to be relieved as counsel is granted.

SO ORDERED:

Dated:    New York, New York
          August 12, 2020

                                        _____
                                        DENISE COTE
                                        United States District Judge