```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X           18cv8170 (DLC)
                                        :
  STEVEN LEBETKIN,                      :           ORDER
                                        :
                        Plaintiff,      :
                                        :
              -v-                       :
                                        :
  AYSE GIRAY a/k/a SARAH BARAN and JOHN :
  DOES 1 through 25,                    :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In response to the Court's Order of August 24, 2020, the parties sent emails and attachments to this Court's Chambers email box. One of the attachments appears to contain passages which should be filed under seal. The parties are reminded that communications with the Court must be filed on ECF and that there are ECF procedures for obtaining permission from the Court to redact publicly filed material. Accordingly, it is hereby

ORDERED that the parties shall promptly file on ECF letters containing the substance of their emails and their attachments.

SO ORDERED:

Dated:   New York, New York
         August 24, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge