```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X      18cv8170 (DLC)
                                        :
 STEVEN LEBETKIN                        :      ORDER
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
 AYSE GIRAY a/k/a SARAH BARAN and JOHN  :
 DOES 1 through 25,                     :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 25, 2020, this Court held a telephone conference with the parties to discuss the defense counsel's allegation that counsel for the plaintiff breached a confidentiality agreement between the parties.  At that telephone conference, this Court issued an indicative ruling and instructed the defense counsel to provide notice of it to the Second Circuit.  On September 1, defense counsel notified this Court that the plaintiff-appellant has agreed to the relief sought by the defendant.  Accordingly, it is hereby

ORDERED that this Court does not require the defendant to take any further action.

Dated:   New York, New York
         September 1, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge