UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVEN LEBETKIN,                                             :
                                                             :
                                      Plaintiff,             :   18 Civ. 8170 (DLC)
                                                             :
            v.                                               :   **ORDER**
                                                             :
AYSE GIRAY a/k/a SARA BARAN,                                 :
                                                             :
                                      Defendant.             :
------------------------------------------------------------ x

The Court having dismissed the plaintiff's Amended Complaint by Opinion and Order dated March 25, 2020, and

Defendant Ayse Giray having moved for summary judgment on her counterclaim for attorneys fees and costs as a result of the dismissal, and having filed her motion for summary judgment on June 5, 2020; and plaintiff have filed his opposition on August 14, 2020; and defendant have filed her reply papers on August 28, 2020; and after due deliberation the Court having rendered its Memorandum Opinion and Order dated November 10, 2020, it is hereby

ORDERED that defendant Ayse Giray's motion for summary judgment is granted and she is awarded and shall recover from plaintiff the amount of $263,850 in attorneys fees and $10,367.92 in costs, and it is further

ORDERED that the Clerk of the Court is directed to enter judgment in favor of Ayse Giray and against Steven Lebetkin in the amount of $274,217.92 on her counterclaim and dismissing the Amended Complaint, and to close this case.

Dated: December 1, 2020

                                             _____
                                                       DENISE COTE
                                                 United States District Judge