**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

STEVEN LEBETKIN,

               Plaintiff                              18 **CIVIL** 8170 (DLC)

       -against-                                **JUDGMENT**

AYSE GIRAY a/k/a SARA BARAN,
                         Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 1, 2020, Defendant Ayse Giray's motion for

summary judgment is granted and she is awarded and shall recover from plaintiff the amount  of

$263,850 in attorneys fees and $10,367.92 in costs; Judgment is entered in favor of Ayse Giray

and against Steven Lebetkin in the amount of $274,217.92 on her counterclaim and the Amended

Complaint is dismissed; accordingly, this case is closed.


**Dated:**  New York, New York
       December 2, 2020


                                           **RUBY J. KRAJICK**
                                       _____
                                         Clerk of Court
                   **BY:**
                                         Deputy Clerk